IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| L.H., a minor student, by and through his parents, G.H. and D.H., and G.H. and D.H., individually | ) ) ) ) |
| | ) No. 3-14-0538 |
| v. | ) ) |
| HAMILTON COUNTY DEPARTMENT OF EDUCATION | ) ) ) |

O R D E R

Pending before the Court is the defendant's motion to transfer to more appropriate venue (Docket Entry No. 2), to which no response has been filed. Failure to file a response indicates that there is no opposition to the motion. See Local Rule 7.01(b).

As a result, the initial case management conference scheduled on April 7, 2014, is CANCELLED, and the Clerk is directed to forward the file in this case to the Honorable John T. Nixon for his consideration of the defendant's unopposed motion to transfer venue.

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge