# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| L.H., a Minor Student, by and through his parents G.H. and D.H. and G.H. and D.H., individually, | ) ) ) ) | |
| Plaintiffs | ) ) | Case No. 1:14-cv-00126 |
| vs. | ) ) | Judge Curtis L. Collier |
| HAMILTON COUNTY DEPARTMENT OF EDUCATION, | ) ) ) ) | JURY DEMAND |
| and, | ) ) | |
| TENNESSEE DEPARTMENT OF EDUCATION | ) ) ) ) | |
| Defendants | ) | |

_____

## MOTION TO WITHDRAW AS COUNSEL
_____

Justin S. Gilbert hereby respectfully moves this Court for an Order permitting Kara B. Huffstutter to withdraw as counsel of record for Plaintiffs, L.H., G.H. and D.H. As good cause for this motion, the undersigned states that Kara B. Huffstutter has departed Gilbert Russell McWherter Scott Bobbitt PLC, and Plaintiffs will continue to be represented by Justin S. Gilbert and Jessica F. Salonus with Mr. Gilbert serving as lead counsel. Because Plaintiffs' interests are fully protected, and Gilbert Russell McWherter Scott Bobbitt PLC continues to represent Plaintiffs, the undersigned respectfully requests that Ms. Huffstutter be withdrawn as counsel of record in the above-captioned matter. This withdrawal will not delay this case or affect the scheduling order in any way.

Respectfully submitted,

GILBERT RUSSELL McWHERTER
SCOTT BOBBITT PLC

/s Justin S. Gilbert
Justin S. Gilbert (TN Bar No. 017079)
100 W. Martin Luther King Blvd, Suite 504
Chattanooga, TN 37402
Telephone: 423-499-3044
Facsimile: 731-664-1540
jgilbert@gilbertfirm.com

Jessica F. Salonus (TN Bar No. 28158)
101 North Highland
Jackson, TN 38301
Telephone: 731-664-1340
Facsimile: 731-664-1540
jsalonus@gilbertfirm.com

***ATTORNEYS FOR PLAINTIFFS***

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been forwarded via the Court's ECF/CM system to:

D. Scott Bennett
Mary DeCamp
Leitner, Williams, Dooley & Napolitan, PLLC
200 W. ML King Blvd., Suite 500
Chattanooga, Tennessee 37402-2566

Michael Markham
Cordell Hull Building, Second Floor
P.O. Box 20207
Nashville, Tennessee 37202-0207

on this the 17th day of November, 2015.

s/*Justin S. Gilbert*