UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| L.H., *a Minor Student, et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:14-CV-00126 |
| ) | |
| v. ) | Judge Curtis L. Collier |
| ) | |
| HAMILTON COUNTY DEPARTMENT ) | |
| OF EDUCATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

On October 13, 2015, Plaintiffs and Defendant TDOE filed a joint motion for a hearing on a proposed settlement. (Doc. 86.) The Court referred the motion to Magistrate Judge Susan K. Lee. (Doc. 93.) On November 10, 2015, the Magistrate Judge held a hearing. Magistrate Judge Lee filed a Report and Recommendation ("R&R") recommending that the Court approve the settlement, having determined that "the settlement, including the proposed allocation of the settlement fund, is fair, reasonable, and in the best interest of Minor Plaintiff." (Doc. 112.) No party has filed an objection. Having reviewed the R&R, the Court agrees with the Magistrate Judge's recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the R&R (Doc. 112), **GRANTS** the joint motion (Doc. 86), and **APPROVES** the settlement agreement.

    SO ORDERED.

    ENTER:

                                                                 **/s/**_____
                                                                  **CURTIS L. COLLIER**
                                                                  **UNITED STATES DISTRICT JUDGE**