UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| L.H., *a Minor Student, et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | Case No.1:14-CV-00126 |
| ) | |
| v. ) | Judge Curtis L. Collier |
| ) | Magistrate Judge Susan K. Lee |
| HAMILTON COUNTY DEPARTMENT ) | |
| OF EDUCATION, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## **O R D E R**

Before the Court is a motion for partial summary judgment filed by Defendant Hamilton County Department of Education. (Docs. 69, 70.) Plaintiffs L.H., a minor child with Down Syndrome, and his parents, G.H. and D.H., have responded (Doc. 85) and Defendant has replied (Doc. 87). For the reasons expressed in the accompanying memorandum, the Court **GRANTS IN PART** Defendant's motion (Doc. 69). Plaintiffs' claims alleging procedural violations of the Individuals with Disabilities Education Act based on predetermination are hereby **DISMISSED**. The remainder of Defendant's motion is **HELD IN ABEYANCE**.

    **SO ORDERED.**

    **ENTER:**

                                                /s/
                                                **CURTIS L. COLLIER**
                                                **UNITED STATES DISTRICT JUDGE**