U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

MINUTES - CIVIL TRIAL ☐ Jury ☑ Non-Jury  7th Day (1st, 2nd, etc.)  CASE NO.: 1:14-cv-126

STYLE: L.H. a minor student vs. Hamilton County Dept of Education

PRESENT: Honorable Curtis L. Collier  ☑ U.S. District Judge ☐ U.S. Magistrate Judge

Attorney(s) for Plaintiff(s): Jessica Salonas & Justin Gilbert

Attorney(s) for Defendant(s): Scott Bennett & Mary DeCamp

Deputy Clerk: DeAndra Hinton   Court Reporter: Elizabeth Coffey

PROCEEDINGS:

☐ JURY selected and sworn. Jurors present ___ / Seated ___ / Challenged ___ / Excused ___ / Not used ___
   (See attached list)

☐ Opening Statements ☐ Rule Requested ☑ Witness sworn (Witnesses listed on "Exhibit & Witness List")

☐ Introduction of evidence for pltf. ☐ begun ☐ resumed ☑ concluded

☐ Deft.'s MOTION: _____  ☐ GRANTED ☐ DENIED

☐ Introduction of evidence for deft. ☐ begun ☐ resumed ☑ concluded

☐ Deft.'s RENEWED MOTION: _____  ☐ GRANTED ☐ DENIED

☑ Rebuttal evidence ☐ Surrebuttal evidence ☐ Charge conference ☐ Argument of counsel ☐ Charge of Court

☐ Jury retired to deliberate at _____   Jury returned at _____

☐ JURY VERDICT: _____

☐ Jury polled ☐ Polling waived

☐ JUDGMENT BY COURT: _____

☐ Case taken under advisement ☐ Mistrial declared

☑ EXHIBITS: ☐ in vault ☐ in file ☑ taken by court ☐ returned to attys (OBTAIN SIGNED RECEIPT)

☐ TRIAL CONTINUED UNTIL: _____

OTHER PROCEEDINGS:

Brief due by 2/12/2016 by close of business

Time 1:40 to 3:15   Time 4:08 to 4:35   Time ___ to ___

Time ___ to ___   Time ___ to ___   Time ___ to ___   Date 1/26/2016