IN THE
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**
_____

L.H., A MINOR STUDENT, ET. AL.,
*Plaintiffs*,

V.

HAMILTON COUNTY DEPARTMENT OF EDUCATION,
*Defendant*,
_____

No. 1:14-cv-00126
The Honorable Judge Curtis Collier

## NOTICE OF CROSS APPEAL

**Notice is hereby given** under 28 U.S.C. §1291 and Federal Rule Appellate Procedure 4(a)(3), that the Plaintiffs respectfully cross-appeal a limited issue to the United States Court of Appeals for the Sixth Circuit. This Cross-Appeal is taken only with respect to the District Court's orders relating to *remedial relief* in the following orders/judgment: November 4, 2016 Order (Doc. 172) and June 2, 2017 Order Denying Plaintiffs' Motion for Equitable Remedy (Doc. 202), with subsequent Judgment entered on August 9, 2017 (Doc. 212).

Respectfully submitted,

**GILBERT McWHERTER
SCOTT & BOBBITT, PLC**

s/Justin S. Gilbert
Justin S. Gilbert (TN Bar No. 017079)
200 W. Martin Luther King Blvd,
10th Floor, Suite 1067
Chattanooga, TN 37402
Telephone: 423-499-3044
Facsimile: 731-664-1540
jgilbert@gilbertfirm.com

### CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and exact copy of the foregoing has been mailed electronically via the Court's electronic filing system, to all counsel of record, on this the 24th day of January, 2018.

D. Scott Bennett
Mary DeCamp
Leitner, Williams, Dooley & Napolitan, PLLC
Tallan Building, Suite 500
200 West M.L. King Blvd.
Chattanooga, TN 37402

/s/ Justin S. Gilbert